# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CAROLYN SCHAUPP, ET AL.,**

CASE NO: **1:20−CV−01221−DAD−BAM**

v.

**COUNTY OF STANISLAUS, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/19/2020**

**Keith Holland**
Clerk of Court

ENTERED: **November 19, 2020**

by: /s/ S. Martin−Gill
Deputy Clerk